```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
Lori S. Maslow, in her capacity as Democratic State :
Committee Female Member, etc., et al.              :
                                                   :
                                       Plaintiffs, :
                                                   :   20-cv-05934 (KAM)(VMS)
              -against-                            :
                                                   :
Andrew M. Cuomo, in his capacity as Governor of the :
State of New York; and Letitia James, in her capacity as :
Attorney General of the State of New York          :
                                       Defendants. :
----------------------------------------------------------------X
```

# NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants Andrew M. Cuomo, sued in his capacity as Governor of the State of New York, and Letitia James, sued in her capacity as Attorney General of the State of New York (collectively "Defendants"), by their attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Kiyo A. Matsumoto, United States District Judge, Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York 11209, on December 15, 2020 at 3:00 p.m. for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims asserted by the Plaintiffs against the Defendants for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, and granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order dated December 7, 2020 a response shall be filed no later than Monday, December 14, 2020 at noon.

Dated: New York, New York
December 11, 2020

LETITIA JAMES
Attorney General of the State of New York

By: *Jane R. Goldberg*
Jane R. Goldberg
Assistant Attorney General
Litigation Bureau
New York State Office of the Attorney General
120 Broadway – 24th Floor
New York, New York 10271
jane.goldberg@ag.ny.gov
(212) 416-6133

TO:

Counsel of Record
(via ECF)