UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) ABRAMS FENSTERMAN, FENSTERMAN EISMAN FORMATO FERRARA WOLF & CAROE LLP -- BKLYN
ONE METRO TECH CENTER BROOKLYN, NY 11201 | AMY MARION PH: (718) 581-5026

Case Number: 1:20-cv-05934-KAM-VMS
Date Filed: 12-07-2020
Court Date:

Lori S. Maslow, et al

Plaintiff

vs

Andrew M. Cuomo, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Raed Ibrahim , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **12/9/2020**, at **1:08 PM** at **28 Liberty Street, New York, NY 10005**, Deponent served the within **Summons and Complaint, Affirmation of Lori Maslow, Declaration of Aaron Maslow with Exhibits 1-5**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Letitia James, Office of the Attorney General, attn: Managing Attorney's Office / Personal Service**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Miss Joyce** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of Miss Joyce is as follows:

**Sex**: Female  **Color of skin**: Black  **Color of hair**: Black  **Age**: 51-65
**Height**: 5ft4in-5ft8in  **Weight**: Over 200 Lbs.  **Other** : Glasses

Sworn to before me on December 11, 2020

Patricia Rothfritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2028030

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*