# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law

3 Dakota Drive, Suite 300
Lake Success, New York 11042
Telephone: (516) 328-2300
www.abramslaw.com

**Amy B. Marion, Esq.**
**Partner**
amarion@abramslaw.com

December 14, 2020

*Via Ecf*
Honorable Kiyo A. Matsumoto
Unites States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Maslow, et al. v. Cuomo, et al.*
              Dkt. No. *20*-CV-05934 (KAM)(VMS)

Your Honor:

      Plaintiffs write this letter to alert the Court and call the Court's attention to the fact that we filed an amended complaint today along with our reply memorandum of law in further support of Plaintiffs' motion for a temporary restraining order ("TRO") and in opposition to Defendants' cross-motion to dismiss the complaint.

      It is Plaintiffs' contention that the motion and hearing requesting a TRO can still proceed regardless of the filing of an amended complaint which adds the New York State Board of Elections as a Defendant. Additionally, the amended complaint was necessitated because between the date of the filing of the complaint and today's return date for the motion, the State Court rendered a decision and order that had been anticipated and referred to in the complaint. Based upon the issuance of the State Court's ruling, the complaint required amendment.

                                                          Respectfully Submitted,

                                                           Amy Marion

cc:      all parties of record via ECF