UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LORI S. MASLOW, in her capacity as Democratic State
Committee Female Member and Assembly District Leader
from the 41st Assembly District, as a member of the
Executive Committee of the Kings County Democratic
County Committee, and as a Female Member of the Kings
County Democratic County Committee from the 18th
Election District of the 41st Assembly District; KINGS
COUNTY DEMOCRATIC COUNTY COMMITTEE;
EXECUTIVE COMMITTEE OF THE KINGS COUNTY
DEMOCRATIC COUNTY COMMITTEE; BENJAMIN C.
STEINBERG, as a Male Member of the Kings County
Democratic County Committee elected to such position for
the 47th Election District of the 41st Assembly District by
the Executive Committee of the Kings County Democratic
County Committee; MARJORIE COHEN, as a Female
Member of the Kings County Democratic County
Committee elected to such position for the 70th Election
District of the 59th Assembly District by the Executive
Committee of the Kings County Democratic County
Committee;
WILLA M. WILLIS JOHNSON, as a Female Member of
the Kings County Democratic County Committee elected to
such position for the 42nd Election District of the 59th
Assembly District by the Executive Committee of the Kings
County Democratic County Committee,

            Plaintiffs,

 -against-

ANDREW M. CUOMO, in his capacity as Governor of the
State of New York; and LETICIA JAMES, in her capacity
as Attorney General of the State of New York New York
State Attorney General, New York State Board of Elections,

            Defendants.
-----------------------------------------------------------------------X

Case No.: 1:20-cv-05934-KAM-VMS

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs.

Dated: Brooklyn, New York
       December 14, 2020

                                      **ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
*Attorneys for Plaintiffs*
1 Metro Tech Center, Suite 1701
Brooklyn, NY 11201
(718) 581-5026

*/s/ Anthony J. Genovesi*
_____
By: Anthony J. Genovesi, Esq.

To: ***Via ECF to all parties***