

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 23, 2020

***VIA ECF***
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                          RE:     *Maslow v. Cuomo*
                                   20-cv-05934 (KAM) (VMS)

Dear Judge Matsumoto:

      This Office represents Defendants Andrew M. Cuomo, in his capacity as Governor of the State of New York, and Letitia James, in her capacity as Attorney General of the State of New York, in the above-captioned matter.[1] Plaintiffs have filed Returned Summonses as to service on the Attorney General (ECF No. 17), and on Governor Cuomo (ECF No. 23). Their responses to the Amended Complaint are due December 30, 2020 and December 29, 2020 respectively. Given the upcoming holidays, I write to respectfully request that Governor Cuomo's and Attorney General James's time to respond to the Amended Complaint be extended to February 12, 2021. This is the first request for an extension of time, and Plaintiffs have kindly consented to it.

      Thank you for your time and consideration of this request.

                                                              Respectfully submitted,

                                                               /s/ *Jane R. Goldberg*
                                                               Jane R. Goldberg
                                                                Assistant Attorney General
                                                               Jane.goldberg@ag.ny.gov
                                                               (212) 416-6133

Cc:  Counsel of Record
       (via ECF)

---

[1] The New York State Board of Elections ("NYSBOE") was added as a party in the Amended Complaint (ECF No. 19). Plaintiffs filed a Returned Summons as to service on the NYSBOE, and its response is currently due by January 11, 2021 (ECF No. 25). This Office does not presently represent the NYSBOE.