

Peter S. Kosinski
 Co-Chair

Anthony J. Casale
 Commissioner

Todd D. Valentine
 Co-Executive Director

Douglas A. Kellner
 Co-Chair

Andrew J. Spano
 Commissioner

Robert A. Brehm
 Co-Executive Director

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109
Phone: 518/474-8100  Fax: 518/486-4068
http://www.elections.ny.gov

January 11, 2020

Hon. Kiyo A. Matsumoto
United States District Judge
Room S905
225 Cadman Plaza East
Brooklyn, New York 11201

RE: ***Maslow et. al. v. Cuomo et.al.*** (05934-cv-2020) (KAM) (VMS)

Dear Judge Matsumoto:

     In this matter the New York State Board of Elections takes no position as to the merits of the instant complaint (*see eg Gonsalves v NYSBOE* (13-cv-5104 EDNY) (NYSBOE takes no position). Notably the prayer for relief seeks no relief against the New York State Board of Elections and the Complaint complains of no conduct of the New York State Board of Elections.

Very Truly Yours,

s/

Nicholas R. Cartagena
Deputy Counsel