# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

www.abramslaw.com
1 Metrotech Center - Suite 1701
Brooklyn, New York 11201
Tel: 718-215-5300
Fax: 718-215-5304

**FIRM OFFICES**
Brooklyn
New York
Lake Success
Rochester

**Anthony J. Genovesi, Esq.**
**Partner**
agenovesi@abramslaw.com

January 19, 2021

Hon. Kiyo A. Matsumoto
United States District Judge
Room S905
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    Maslow et. al. v. Cuomo et.al.
             (05934-cv-2020) (KAM) (VMS)

Dear Judge Matsumoto:

      This letter is in response to the Letter of No Position filed by the New York State Board of Elections in the above-referenced action.

      Plaintiffs have considered Your Honor's recent decision and order as well as the Board of Elections January 11, 2021 correspondence. My clients remain interested in challenging the constitutionality of New York Election Law §§ 2-112 and 2-118, not as applied or having any connection to the state court proceedings. Rather, plaintiffs would like to pursue a facial challenge to the constitutionality of the state statutes and would like to amend their pleadings to remove any references to the state court proceeding.

      To this end, plaintiffs are in the process of requesting consent of the Board of Elections to file a Second Amended Compliant. In the alternative plaintiffs will make application for leave to amend to Magistrate Judge Scanlon pursuant to Rule 15(a)(2).

                                                                  Respectfully,

                                                                  Anthony J. Genovesi, Jr.
                                                                  For the Firm

cc:

Nicholas R. Cartagena
Deputy Counsel
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, N.Y. 12207-2109